LITTLER MENDELSON, P.C.
A professional Corporation
A. Michael Weber (AMW 8760)
Orit Goldring (OG 1023)
Attorneys for Defendant
    Post House Investors, L.P. d/b/a The Post House
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, and H. W. WARD as Fiduciary of HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND and HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>POST HOUSE INVESTORS, L.P. d/b/a THE POST HOUSE,<br><br>Defendant. | Civil Action No. 07-CV-0714<br><br>FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Post House Investors, L.P. d/b/a The Post House, certifies that Post House Investors, L.P. d/b/a The Post House is an affiliate of The Smith & Wollnesky Restaurant Group, which is a publicly held corporation and trades under the symbol "SWRG."

Dated: April 26, 2007

                                LITTLER MENDELSON
                                A Professional Corporation

By: _____
                                Orit Goldring (OG 1023)
                                A. Michael Weber (AMW 8760)
                                Attorneys for Defendant
                                885 Third Avenue, 16th Floor
                                New York, New York 10022.4834
                                212.583.9600