LITTLER MENDELSON
A Professional Corporation
A. Michael Weber (AMW 8760)
Orit Goldring (OG 1023)
Attorneys for Defendant
    Post House Investors, L.P. d/b/a The Post House
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, and H. W. WARD as Fiduciary of HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND and HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,<br><br>    Plaintiffs,<br><br>-against-<br><br>POST HOUSE INVESTORS, L.P. d/b/a THE POST HOUSE,<br><br>    Defendant. | Civil Action No. 07-CV-0714<br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

---

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       Pat Seward, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in Brooklyn, New York. That on April 26, 2007, she served, by First Class Mail, true and correct copies of DEFENDANT POST HOUSE INVESTORS, L.P.'S ANSWER and DEFENDANT POST HOUSE INVESTORS, L.P.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT upon Denise M. Clark, Attorney for Plaintiffs, at 711 North Commons Drive, Aurora, Illinois 60504, by depositing said documents in a prepaid, sealed wrapper, properly addressed to the above-named

respondent, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Pat Seward

Sworn to before me this
26th day of April, 2007.

_____
Notary Public

Firmwide:82386211.1 024429.1013 4/26/07 12:00 PM

DIANNE L. EBNER
NOTARY PUBLIC - State of New York
No. 01EB4689421
Qualified in Columbia County
Commission Expires Feb 28, 2010

- 2 -