**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 6 2007

July 20, 2007

Orit Goldring
Direct: 212.497.6844
Direct Fax: 347.287.6808
ogoldring@littler.com

**SO ORDERED**

The Initial Conference is rescheduled to August 23, 2007 at 9:30am.

*George B. Daniels*

**HON. GEORGE B. DANIELS**

**VIA FACSIMILE - (212) 805-6737**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: Hotel Employees Restaurant Employees International Union Welfare Fund v. Post House Investors, LP d/b/a The Post House, Civil Action No. 07CV3519

Dear Judge Daniels:

We represent the defendant Post House Investors in the above-referenced action. We are scheduled to appear before your Honor for an initial conference on August 2, 2007. Due to conflicting schedules and the possibility of a settlement, we write to request a postponement of the initial conference to August 16, 2007. All parties have consented. Thank you for your consideration in this matter.

Respectfully submitted,

Littler Mendelson, P.C.

*Orit Goldring*

Orit Goldring

cc: Denise M. Clark, Esq.

Firmwide:82806564.1 024429.1013

ALABAMA
ARIZONA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com