**LITTLER MENDELSON**

DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 09 2008

January 8, 2008

Orit Goldring
Direct: 212.497.6844
Direct Fax: 347.287.6808
ogoldring@littler.com

**VIA FACSIMILE - (212) 805-6737**

**SO ORDERED**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

The conference is adjourned to
February 14, 2008 at 9:30 a.m.

JAN 09 2008   *George B. Daniels*

HON. GEORGE B. DANIELS

Re: Hotel Employees Restaurant Employees International Union Welfare Fund v. Post House Investors, LP d/b/a The Post House, Civil Action No. 07CV3519

Dear Judge Daniels:

We represent the defendant Post House Investors in the above-referenced action. We are scheduled to appear before your Honor for an initial conference on January 10, 2008. The parties are in the process of negotiating a settlement and therefore, request a 30-day postponement of the initial conference. All parties have consented. Thank you for your consideration in this matter.

Respectfully submitted,

Littler Mendelson, P.C.

Orit Goldring

cc: Denise M. Clark, Esq. (via facsimile)

Firmwide:84004198.1 024429.1013

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, New York, New York 10022.4834   Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com