THE LAW OFFICE OF
# DENISE M. CLARK



February 13, 2008

FEB 14 2008

**SO ORDERED**
The conference is adjourned to March 4, 2008 at 9:30 a.m.

*George B. Daniel*
JUDGE GEORGE B. DANIELS

**VIA FACSIMILE**
The Honorable Judge George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:   Hotel Employees and Restaurant Employees, et.al., v. Post House Investors, L.P.;
      07-CV-0714
            3519
Dear Judge Daniels:

On behalf of the parties in this action, I'm requesting a 15-day adjournment of this status hearing scheduled for February 14, 2008. Opposing counsel consents to this request. This is the second request for an adjournment the parties have made, and the court granted the parties previous request last month. Since that time the parties have been reconciling amounts that are due and circulating the final spreadsheets reflecting the agreed-upon amounts, a process that was completed last week.

The parties have reached an agreement to settle this matter and are finalizing the settlement agreement. We anticipate this will be completed this week and that a stipulation dismissing this matter will be filed no later than February 22, 2008.

In light of the parties having reached an agreement that will be documented in short order, we respectfully request your granting this adjournment.

Sincerely,

Denise M. Clark

cc:   Orit Goldring, Esq. (via facsimile)